UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **DEUTSCHE BANK NATIONAL** | ) | **CASE NO. 1:07CV3409** |
| **TRUST COMPANY, etc.,** | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | |
| | ) | **DISMISSAL ORDER** |
| **TURNER NASHE, SR., et al,** | ) | |
| | ) | |
| Defendants. | ) | |

### CHRISTOPHER A. BOYKO, J.:

Upon review of the docket and initial filings in the captioned foreclosure case, the Court finds the Complaint For Foreclosure was filed on November 1, 2007 by Plaintiff Deutsche Bank National Trust Company. On November 13, 2007, Plaintiff Deutsche Bank filed a copy of the executed Assignment of right, title and interest to the Note and Mortgage at issue from "MERS", Mortgage Electronic Registration Systems, Inc., acting solely as nominee for Premier Mortgage Funding, Inc. to Plaintiff Deutsche Bank, dated November 2, 2007. (ECF DKT #4).

Since Plaintiff Deutsche Bank was not the holder and owner of the Mortgage as of the date the captioned Complaint For Foreclosure was filed, and pursuant to the reasoning in this Court's October 31, 2007 Dismissal Order in Case Nos.1:07CV2282, et al., the above-captioned case is dismissed without prejudice.

**IT IS SO ORDERED.**

DATE: 11/15/07

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
United States District Judge

FILED
NOV 16 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.